CRIMINAL CASE INFORMATION SHEET

Pittsburgh  X           Erie ____          Johnstown ____

Related to No. 14-158           Judge Cathy Bissoon
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7.  X   All Others

Defendant's name:            ANTHONY COTTONE

Is Indictment waived:         X Yes        ____ No

Pretrial Diversion:           ____ Yes      X No

Juvenile proceeding:          ____ Yes      X No

Defendant is:                 X Male       ____ Female

Superseding Indictment or
Information                   ____ Yes      X No

    Previous case number: _____

If superseding, previous case was/will be:

    ____ Dismissed on defendant's motion
    ____ Dismissed on governments' motion
    ____ After appellate action
    ____ Other (explain)

County in which first
offense cited occurred:   Allegheny

Previous proceedings before
Magistrate Judge:         _____

    Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: n/a

Defendant: ___ is in custody  X  is not in custody

Name of Institution: _____

Custody is on: ___ this charge  ___ another charge

___ another conviction

___ State   ___ Federal

Detainer filed: ___ yes   ___ no

Date detainer filed: n/a

Total defendants: 1

Total counts: 1

Data below applies to defendant No.: 1

Defendant's name: ANTHONY COTTONE

SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | MISDEMEANOR |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to commit a crime against the United States | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 1/13/2015

ERIC S. ROSEN
Assistant U.S. Attorney
NY ID No. 4412326